# EXHIBIT A



**REMITTANCE PAGE**

Acceleration Products, Inc.
1389 Center Drive
Suite 100
Park City, UT 84098-7660

**Please remit this page with your payment.  Thank you.  We appreciate your business.**

Client Account:     041911.0036
Regarding:          The Rise

---

For Previously Unbilled Professional Services Rendered Through December 31, 2014

    Total Fees:                                                                 $     8,423.50

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson & Byron, PA, Attn: Credit Department, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402

main  612.492.7000
fax  612.492.7077
www.fredlaw.com
Tax ID No. 41-0971937

Fredrikson & Byron, P.A.
Attorneys & Advisors
P.O. Box 1484
Minneapolis, Minnesota
55480-1484



**INVOICE DETAIL**

Acceleration Products, Inc.
1389 Center Drive
Suite 100
Park City, UT 84098-7660

For Previously Unbilled Professional Services Rendered Through December 31, 2014:

**Client Account:** 041911.0036
**Regarding:** The Rise

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/14 | H. Waller Pitts | Research and draft motion for summary judgment on equipment buy-back claim. | 2.00 | 520.00 |
| 07/24/14 | H. Waller Pitts | Draft motion for summary judgment regarding equipment buyback. | 3.00 | 780.00 |
| 07/25/14 | E. Duke | Review and revise draft motion for summary judgment. | 1.70 | 782.00 |
| 07/25/14 | H. Waller Pitts | Prepare declaration of C. Graves in support of motion for partial summary judgment. | 0.10 | 26.00 |
| 07/28/14 | H. Waller Pitts | Revise motion for summary judgment to incorporate facts Graves declaration. | 0.20 | 52.00 |
| 07/29/14 | H. Waller Pitts | Revise motion for summary judgment. | 0.10 | 26.00 |
| 08/13/14 | E. Duke | Prepared declaration of T. Drass in support of motion for partial summary judgment based on information from T. Drass. | 2.00 | 920.00 |
| 08/19/14 | H. Waller Pitts | Draft and revise motion for summary judgment and exhibits to incorporate facts from declaration and client comments. | 0.90 | 234.00 |
| 08/26/14 | H. Waller Pitts | ████████████████████████ | ███ | ███ |
| 08/27/14 | H. Waller Pitts | Draft and revise motion for summary judgment. | 0.70 | 182.00 |
| 09/04/14 | E. Duke | Finalize Motion for Summary Judgment regarding equipment, including affidavits. | 2.80 | 1,288.00 |
| 09/04/14 | H. Waller Pitts | Prepare declarations and exhibits for summary judgment; draft motion and supporting documents. | 1.10 | 286.00 |
| 09/05/14 | E. Duke | ████████████████████████ | ███ | ███ |
| 09/05/14 | H. Waller Pitts | Draft notice of hearing; revise declarations for | 0.30 | 78.00 |

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson & Byron, PA, Attn: Credit Department, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402

main 612.492.7000
fax 612.492.7077
www.fredlaw.com
Tax ID No. 41-0971937

Fredrikson & Byron, P.A.
Attorneys & Advisors
P.O. Box 1484
Minneapolis, Minnesota
55480-1484


| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | summary judgment. | | |
| 09/09/14 | H. Waller Pitts | ███████████████ | ███ | ███ |
| 09/18/14 | H. Waller Pitts | Draft and revise partial motion for summary judgment to include updated facts and client comments. | 1.80 | 468.00 |
| 09/19/14 | E. Duke | ███████████████ | ███ | ███ |
| 09/19/14 | H. Waller Pitts | ███████████████ | ███ | ███ |
| 11/11/14 | E. Duke | ███████████████ | ███ | ███ |
| 11/11/14 | S. Hoidal | Analyze issues relating to stay and motion for summary judgment, including preparation of reply in support of summary judgment upon lifting of stay. | 1.00 | 365.00 |
| 11/12/14 | S. Hoidal | Review strategy for summary judgment reply once stay is lifted. | 0.20 | 73.00 |
| 11/13/14 | S. Hoidal | Review and analyze summary judgment memorandum. | 0.50 | 182.50 |
| 11/14/14 | S. Hoidal | Review and analyze strategy for summary judgment reply. | 0.60 | 219.00 |
| 11/18/14 | S. Hoidal | Conference regarding reply in support of motion for summary judgment and case strategy. | 0.20 | 73.00 |
| 11/18/14 | H. Waller Pitts | Draft reply in support of summary judgment. | 0.20 | 52.00 |
| 11/19/14 | H. Waller Pitts | Draft reply in support of summary judgment. | 1.50 | 390.00 |
| 11/20/14 | S. Hoidal | Analyze Defendants' motion for extension of time to respond to motion for summary judgment. | 0.20 | 73.00 |
| 11/20/14 | H. Waller Pitts | Draft summary judgment reply; review Defendants' motions for extensions; draft response to extension motions. | 1.40 | 364.00 |
| 11/23/14 | S. Hoidal | Review and analyze issues and arguments relating to summary judgment reply. | 0.10 | 36.50 |
| 12/12/14 | S. Hoidal | Revisions to reply memorandum in support of summary judgment; review and edit same. | 0.40 | 146.00 |
| 12/12/14 | H. Waller Pitts | Revise reply in support of motion for partial summary judgment. | 0.30 | 78.00 |
| 12/15/14 | S. Hoidal | Revise and edit reply memorandum in support of motion for summary judgment. | 0.40 | 146.00 |
| 12/15/14 | H. Waller Pitts | Revise and finalize reply in support of summary | 0.40 | 104.00 |

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson & Byron, PA, Attn: Credit Department, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402

main 612.492.7000
fax 612.492.7077
www.fredlaw.com
Tax ID No. 41-0971937

Fredrikson & Byron, P.A.
Attorneys & Advisors
P.O. Box 1484
Minneapolis, Minnesota
55480-1484


| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | judgment. | | |
| 12/16/14 | S. Hoidal | Revise and edit summary judgment reply memorandum; correspondence with local counsel regarding same. | 0.60 | 219.00 |
| 12/16/14 | H. Waller Pitts | ███████████████████████ | ███ | ███ |
| 12/17/14 | S. Hoidal | Continue to revise and edit summary judgment reply. | 0.40 | 146.00 |
| 12/17/14 | H. Waller Pitts | ███████████████████████ | ███ | ███ |
| 12/18/14 | S. Hoidal | Finalize reply memorandum in support of summary judgment. | 0.10 | 36.50 |
| 12/18/14 | H. Waller Pitts | Review summary judgment reply and supporting documents for filing. | 0.30 | 78.00 |
| | | Total Hours | 23.4 | $8,423.50 |

**Total For Fees**     $8,423.50

**Total This Invoice**     $8,423.50

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson & Byron, PA, Attn: Credit Department, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402

main  612.492.7000
fax  612.492.7077
www.fredlaw.com
Tax ID No. 41-0971937

Fredrikson & Byron, P.A.
Attorneys & Advisors
P.O. Box 1484
Minneapolis, Minnesota
55480-1484